Horashio PRITCHETT, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 76309.

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 18, 2000.

Lisa M. Stroup, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Barbara K. Chesser, Asst. Atty. Gen., Jefferson City, for respondent.

Before RICHARD B. TEITELMAN, P.J., CLIFFORD H. AHRENS, J., and LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

Movant Horashio Pritchett appeals from the judgment denying his motion for post-conviction relief pursuant to Rule 24.035. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We

affirm the judgment pursuant to Rule 84.16(b).

Lennie ELLIS, Appellant,

v.

Gary ELLIS, Respondent.

No. ED 75966.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 18, 2000.

Harold G. Johnson, Johnson & Johnson, St. Ann, for Appellant.

Deborah K. Roeder, Colleen Joern Vetter, St. Louis, for Respondent.

Before GARY M. GAERTNER, P.J. and PAUL J. SIMON and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

Lennie Ellis, wife, appeals from a judgment granting Gary Ellis', husband, motion to dismiss wife's motion to modify for failure to state a claim.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. As an extended opinion would have no precedential value, we affirm the judgment pursuant to Rule 84.16(b).